IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| Denim Zachary,<br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br>v.<br>Freeland Enterprises, Inc., *et al.*<br><br>Defendants. | Case No. 3:23-cv-00948-CCB-SJF |

# PLAINTIFF'S MOTION TO CERTIFY ORDER (DOC. 92) FOR INTERLOCUTORY APPEAL

Plaintiff Denim Zachary respectfully asks the Court to certify its August 6, 2026 Order granting Defendants' motion for decertification and denying Plaintiff's motion for summary judgment (Doc. 92) as immediately appealable pursuant to 28 U.S.C.§ 1292(b). Specifically, Plaintiff identifies the following controlling and contestable questions of law addressed in the Court's Order:

1. **Recordkeeping:** Does the FLSA impose any recordkeeping obligation on an employer to "make, keep, or preserve" records of a minimum wage employee's vehicle expenses when those vehicle expenses are a necessary component of the FLSA wage calculation?
2. **Burden of proof:** What is an employee-plaintiff's burden to demonstrate his vehicle expenses to prove an FLSA violation, and how is that determination different, if at all for purposes of determining liability versus damages?

3. **FLSA certification timing:** Is a motion to decertify an FLSA collective action proper prior to the close of discovery?

4. **FLSA certification standard:** What is the proper standard to determine whether pizza delivery drivers are similarly situated for purposes of being certified as an FLSA collective?

A successful appeal of the findings on these issues of law would materially advance the termination of this litigation. Accordingly, Plaintiff requests the Court certify its Aug. 6, 2026 Order as immediately appealable. The reasons and authority in support of this Motion are set forth in Plaintiff's Memorandum of Law filed herewith.

Respectfully submitted,

*/s/ Andrew Kimble*

Andrew R. Biller (*Pro Hac Vice*)
Andrew P. Kimble (*Pro Hac Vice*)
Biller & Kimble, LLC
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
Telephone: (513) 202-0710
Facsimile: (614) 340-4620
*abiller@billerkimble.com*
*akimble@billerkimble.com*

And

Frank Raimond
Raimond & Staines, LLC
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 884-9636
frank@raimondstaines.com

*Counsel for Plaintiff*